## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**CURTIS FRANCIS ET AL**          **CIVIL ACTION NO. 21-cv-2052**

**VERSUS**                        **JUDGE TERRY A. DOUGHTY**

**TRENT MOUTON ET AL**            **MAG. JUDGE CAROL B. WHITEHURST**

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 17] previously filed, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss Penalty, Punitive, or Exemplary Damages [Doc. No. 12] is **GRANTED IN PART** and **DENIED IN PART**. To the extent the Motion seeks to dismiss claims for punitive and exemplary damages under federal law against Lafayette-City-Parish Consolidated Government and Officer Mouton in his official capacity for all claims for punitive and exemplary damages under state law, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that to the extent the Motion seeks to dismiss federal law claims for punitive and exemplary damages against officer Mouton individually, the Motion is **DENIED.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 24th day of July 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**